plea colloquy establishes a sufficient factual basis for the plea. No predicate felony hearing was required because defendant was bound by the finding in such a hearing in a prior prosecution (see, CPL 400.14 [10]; 400.15 [8]; *People v Gillispie,* 126 AD2d 564, *lv denied* 69 NY2d 880). The record does not support defendant's claim of ineffective assistance of counsel. Defendant's claim of invalid waiver of immunity was not preserved for review (see, *People v Sapp,* 142 AD2d 971). (Appeal from judgment of Monroe County Court, Celli, J.—assault, second degree.) Present—Doerr, J. P., Boomer, Green and Pine, JJ.

■ In the Matter of NORMAN BROOKS, Appellant, v WALTER J. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed (see, *Matter of Coleman v Kelly,* 72 NY2d 850). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present —Dillon, P. J., Doerr, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN EDWARDS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Steuben County Court, Purple, J.—sexual abuse, first degree, and other charges.) Present—Dillon, P. J., Doerr, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES L. SIPOS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Inglehart, J.—burglary, third degree.) Present—Dillon, P. J., Doerr, Boomer, Green and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLETUS FEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Livingston County Court, Houston, J.—felony driving while intoxicated.) Present—Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS J. POPPLE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Livingston County Court, Houston, J.—felony driving while intoxicated.) Present—Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.